*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In Re:<br>    Lyle Everett Richardson and<br>Pamela Irene Richardson<br>               Debtor(s) | Chapter: 7<br><br>Bankruptcy No: 07−20192−ref |

***O R D E R***

AND NOW, this February 4, 2007 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

> Atty Disclosure Statement due 2/19/2007. Statement of Current Monthly Income due 2/19/2007. Schedules A−J due 2/19/2007. Statement of Financial Affairs due 2/19/2007. Summary of schedules due 2/19/2007.Statistical Summary of Certain Liabilities due 2/19/2007.

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007−2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within 7 days of the filing of the petition or else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 15 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 15 days, is granted. If not, this case may be dismissed without additional notice or hearing after 2/19/07 .

                                                  By the Court

                                                  Richard E. Fehling
                                                  Judge , United States Bankruptcy Court